JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD RAYFORD,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JEFFREY A. BEARD,<br><br>　　　　Respondent. | No. CV 14-6558 MWF (FFM)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: September 14, 2015

　　　　　　　　　　　　　　　　／s／ Michael W. Fitzgerald
　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　United States District Judge